## DELORES D. STEWART *v.* LEROY STEWART
### (13252)
### (13876)

Heiman, Hennessy and Freedman, Js.

Argued April 22—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## BRIAN W. PRUCKER *v.* STATEWIDE GRIEVANCE COMMITTEE
### (14949)

Dupont, C. J., and Foti and Schaller, Js.

Argued April 22—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## MIRCELA NITA *v.* RICHARD BLUMENTHAL
### (14045)

Dupont, C. J., and Foti and Schaller, Js.

Argued April 22—officially released May 14, 1996

Per Curiam. The judgment is affirmed.